# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYE THERESA ZAMMIT,<br><br>    Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00738-JAD-NJK<br><br>**Order** |
| TANYA RENEE ROBERSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>FRANK GIUNTA,<br><br>    Defendant(s). | Case No. 2:21-cv-00740-JAD-NJK<br><br>**Order** |
| AARON JOHN DEVRIES, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>JASON MIKKELSEN,<br><br>    Defendant(s). | Case No. 2:21-cv-00741-JAD-NJK<br><br>**Order** |
| ALESA LYN HART,<br><br>    Plaintiff(s),<br><br>v.<br><br>DAVID SIMON, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00742-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| BAHAELDEEN JACKNOON,<br><br>      Plaintiff(s),<br><br>v.<br><br>FLORENCE J. ARM,<br><br>      Defendant(s). | Case No. 2:21-cv-00743-JAD-NJK<br><br>**Order** |
| ALESA LYN HART,<br><br>      Plaintiff(s),<br><br>v.<br><br>PELICAN PLAZA MANAGEMENT<br>COMPANY, LLC, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00744-JAD-NJK<br><br>**Order** |
| BARBARA J. STRUTHERS,<br><br>      Plaintiff(s),<br><br>v.<br><br>MORTON SCHAPIRO, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00745-JAD-NJK<br><br>**Order** |
| ALESA LYN HART,<br><br>      Plaintiff(s),<br><br>v.<br><br>NATHAN BENDERSON,<br><br>      Defendant(s). | Case No. 2:21-cv-00746-JAD-NJK<br><br>**Order** |
| BECKY BARNES-BOERS,<br><br>      Plaintiff(s),<br><br>v.<br><br>FIRST STREET SCHOOL, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00747-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| ALESA LYNN HART,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>STEPHEN F. LOVELL,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00748-JAD-NJK<br><br>**Order** |
| BETTY J. BENNING,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>GARY C. MOHR, et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00749-JAD-NJK<br><br>**Order** |
| ALESA LYN HART,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MARY DILLON, et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00750-JAD-NJK<br><br>**Order** |
| ELEANOR CLAIRE D'AMICO,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>RITE AID STORE #10640, MANAGER, et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00751-JAD-NJK<br><br>**Order** |
| ALESA LYN HART,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ARNE SORENSON, et al.,<br><br>　　　　Defendant(s). | Case No. 2:21-cv-00752-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>MACY'S GENERAL MANAGER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00753-JAD-NJK<br><br>**Order** |
| TENNILLE IRENE HOUSTON,<br><br>      Plaintiff(s),<br><br>v.<br><br>BRIAN BEAN, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00754-JAD-NJK<br><br>**Order** |
| AMORINE LEWIS,<br><br>      Plaintiff(s),<br><br>v.<br><br>ROSSMORE PARK HOA PRESIDENT, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00755-JAD-NJK<br><br>**Order** |
| ELEANOR CLARE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>U.S. POST OFFICE, MANAGER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00756-JAD-NJK<br><br>**Order** |
| TERESA ANN MCCONNELL,<br><br>      Plaintiff(s),<br><br>v.<br><br>TERESA PARKHURST,<br><br>      Defendant(s). | Case No. 2:21-cv-00757-JAD-NJK<br><br>**Order** |

| ELEANOR CLAIRE D'AMICO, | Case No. 2:21-cv-00758-JAD-NJK |
|---|---|
| Plaintiff(s), | **Order** |
| v. | |
| BED, BATH & BEYOND, et al., | |
| Defendant(s). | |

| TERRI JAYNE READ, | Case No. 2:21-cv-00759-JAD-NJK |
|---|---|
| Plaintiff(s), | **Order** |
| v. | |
| HOLIDAY INN CLUB VACATIONS, et al., | |
| Defendant(s). | |

| ELEANOR CLAIRE D'AMICO, | Case No. 2:21-cv-00760-JAD-NJK |
|---|---|
| Plaintiff(s), | **Order** |
| v. | |
| HUNTINGTON HOSPITAL, et al., | |
| Defendant(s). | |

| AMY DEANNA HOOD, | Case No. 2:21-cv-00761-JAD-NJK |
|---|---|
| Plaintiff(s), | **Order** |
| v. | |
| JOHN C. MALONE, et al., | |
| Defendant(s). | |

| ELEANOR CLARE D'AMICO, | Case No. 2:21-cv-00762-JAD-NJK |
|---|---|
| Plaintiff(s), | **Order** |
| v. | |
| WALT WHITMAN SHOPS, et al., | |
| Defendant(s). | |

| THOMAS K. BEADLING,<br><br>       Plaintiff(s),<br><br>v.<br><br>JENNIFER CUTHBERT, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00763-JAD-NJK<br><br>**Order** |
|---|---|
| ANDY SEEMAN,<br><br>       Plaintiff(s),<br><br>v.<br><br>MATTHEW JOBLON, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00764-JAD-NJK<br><br>**Order** |
| ELEANOR CLAIRE D'AMICO,<br><br>       Plaintiff(s),<br><br>v.<br><br>COSTCO WHOLESALE, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00766-JAD-NJK<br><br>**Order** |
| ELEANOR CLAIRE D'AMICO,<br><br>       Plaintiff(s),<br><br>v.<br><br>THE HOME DEPOT, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00767-JAD-NJK<br><br>**Order** |
| ANISSA RAHIMIZAD KENYON,<br><br>       Plaintiff(s),<br><br>v.<br><br>CARMEN PORTELA, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00768-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>    Plaintiff(s),<br><br>v.<br><br>STOP & SHOP, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00769-JAD-NJK<br><br>**Order** |
| ELEANOR CLAIRE D'AMICO,<br><br>    Plaintiff(s),<br><br>v.<br><br>STAPLES, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00771-JAD-NJK<br><br>**Order** |
| T.R.J., et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>MR. ANDREY KRUGLYKIN, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00772-JAD-NJK<br><br>**Order** |
| ANNE ELIZABETH FERRANTE,<br><br>    Plaintiff(s),<br><br>v.<br><br>SC INVESTMENTS LAS VEGAS INC., et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00774-JAD-NJK<br><br>**Order** |
| C.C.H., et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>DELLCOR MANAGEMENT, INC.,<br><br>    Defendant(s). | Case No. 2:21-cv-00775-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| JENNIFER C. MUELLER,<br><br>       Plaintiff(s),<br><br>v.<br><br>TERRY MANUEL, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00776-JAD-NJK<br><br>**Order** |
| ANTHONY JOHN AMORELLO,<br><br>       Plaintiff(s),<br><br>v.<br><br>DOUGLAS A. KESSLER, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00777-JAD-NJK<br><br>**Order** |
| TRICHELE REESE,<br><br>       Plaintiff(s),<br><br>v.<br><br>TISHMAN SPEYER PROPERTIES, LP, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00778-JAD-NJK<br><br>**Order** |
| JOHN DONALD MESZAROS, et al.,<br><br>       Plaintiff(s),<br><br>v.<br><br>INTERVAL INTERNATIONAL, INC., et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00779-JAD-NJK<br><br>**Order** |
| VALERIE BATCHELOR, et al.,<br><br>       Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER J. NASSETTA, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00780-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| CAROL A. WILLIAMS,<br><br>    Plaintiff(s),<br><br>v.<br><br>EXTENDED STAY OF AMERICA ATLANTA MANAGER, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00781-JAD-NJK<br><br>**Order** |
| JOHN SMITH WILLIAMS,<br><br>    Plaintiff(s),<br><br>v.<br><br>MICHAEL W. BRYANT,<br><br>    Defendant(s). | Case No. 2:21-cv-00782-JAD-NJK<br><br>**Order** |
| WILLIAM FREDERICK SAAR,<br><br>    Plaintiff(s),<br><br>v.<br><br>STEVEN B. TANGER, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00783-JAD-NJK<br><br>**Order** |
| JUDY KAY KATZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>MOLINE POST OFFICE POSTMASTER, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00784-JAD-NJK<br><br>**Order** |
| JULIE SIKORSKY,<br><br>    Plaintiff(s),<br><br>v.<br><br>DAVID JEFFREY, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00785-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| JASON CLARK,<br><br>      Plaintiff(s),<br><br>v.<br><br>MOTORWORLD AUTOMOTIVE GROUP, INC., et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00786-JAD-NJK<br><br>**Order** |
| JEANNE MCARDLE,<br><br>      Plaintiff(s),<br><br>v.<br><br>CAZENOVIA PROPERTIES, LLC,<br><br>      Defendant(s). | Case No. 2:21-cv-00787-JAD-NJK<br><br>**Order** |
| JEANNE MCARDLE,<br><br>      Plaintiff(s),<br><br>v.<br><br>79 ALBANY STREET REALTY, INC., et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00788-JAD-NJK<br><br>**Order** |
| JAMES MARTIN WOLF,<br><br>      Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00789-JAD-NJK<br><br>**Order** |
| JAN SNELL HOUSTON,<br><br>      Plaintiff(s),<br><br>v.<br><br>WALMART SUPERCENTER MANAGER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00790-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| JAN SNELL HOUSTON,<br><br>       Plaintiff(s),<br><br>v.<br><br>DEKALB REGIONAL MEDICAL<br>CENTER, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00791-JAD-NJK<br><br>**Order** |
| JANET J. MCALISTER,<br><br>       Plaintiff(s),<br><br>v.<br><br>JACK MILLER, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00792-JAD-NJK<br><br>**Order** |
| JANETTE PIRIE,<br><br>       Plaintiff(s),<br><br>v.<br><br>DRD HOSPITALITY, INC., et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00793-JAD-NJK<br><br>**Order** |
| JASON CLARK,<br><br>       Plaintiff(s),<br><br>v.<br><br>JOHN LILLY, M.D., et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00794-JAD-NJK<br><br>**Order** |
| JASON CLARK,<br><br>       Plaintiff(s),<br><br>v.<br><br>PAUL J. WITT,<br><br>       Defendant(s). | Case No. 2:21-cv-00795-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>TARGET HUNTINGTON MANAGER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00796-APG-NJK<br><br>**Order** |
| ELEANOR CLAIRE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>KETEWOMOKE YACHT CLUB,<br><br>      Defendant(s). | Case No. 2:21-cv-00797-JAD-NJK<br><br>**Order** |
| ELEANOR CLAIRE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>TOWN OF HUNTINGTON, NY, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00798-JAD-NJK<br><br>**Order** |
| ELEANOR CLARE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>KMART STORE #9381 MANAGER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00800-JAD-NJK<br><br>**Order** |
| HEATHER RENEE NANCE,<br><br>      Plaintiff(s),<br><br>v.<br><br>DAVE KING, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00801-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| HEATHER RENEE NANCE,<br><br>       Plaintiff(s),<br><br>v.<br><br>STEPHEN P. JOYCE, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00802-JAD-NJK<br><br>**Order** |
| DEBRA L. HUGHSON,<br><br>       Plaintiff(s),<br><br>v.<br><br>DAVID KONG, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00803-JAD-NJK<br><br>**Order** |
| DENNIS J. TROCCIOLA,<br><br>       Plaintiff(s),<br><br>v.<br><br>PRC GROUP, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00804-JAD-NJK<br><br>**Order** |
| DIANE QUACKENBUSH,<br><br>       Plaintiff(s),<br><br>v.<br><br>JOEY DECUFFA, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00805-JAD-NJK<br><br>**Order** |
| DOMINIC L. MAZZONE, JR.,<br><br>       Plaintiff(s),<br><br>v.<br><br>JANET MOLLEN, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00806-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| ELEANOR CLAIRE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>KING KULLEN GENERAL MANAGER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00807-JAD-NJK<br><br>**Order** |
| ELEANOR CLAIRE D'AMICO,<br><br>      Plaintiff(s),<br><br>v.<br><br>PRIME RESTAURANT MANAGER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00808-JAD-NJK<br><br>**Order** |
| COREY ADAM HANSON,<br><br>      Plaintiff(s),<br><br>v.<br><br>MICHAEL BRINDSI, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00809-JAD-NJK<br><br>**Order** |
| CHRISTINA EARHEART,<br><br>      Plaintiff(s),<br><br>v.<br><br>RICHARD SOLOMONS,<br><br>      Defendant(s). | Case No. 2:21-cv-00810-JAD-NJK<br><br>**Order** |
| GARTH A. LEONARD,<br><br>      Plaintiff(s),<br><br>v.<br><br>U.S. POSTAL SERVICES POSTMASTER, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00811-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| CYNTHIA GATES,<br><br>      Plaintiff(s),<br><br>v.<br><br>WAYNE B. GOLDBERG, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00812-JAD-NJK<br><br>**Order** |
| GINA B. WILLIAMS,<br><br>      Plaintiff(s),<br><br>v.<br><br>ALEX C. CABANAS, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00813-JAD-NJK<br><br>**Order** |
| CYNTHIA GATES,<br><br>      Plaintiff(s),<br><br>v.<br><br>CARNIVAL CORPORATION & PLC, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00814-JAD-NJK<br><br>**Order** |
| DALE AUSTIN STOPP,<br><br>      Plaintiff(s),<br><br>v.<br><br>ANDY FOLEY,<br><br>      Defendant(s). | Case No. 2:21-cv-00815-JAD-NJK<br><br>**Order** |
| DAVID ALAN FIELDSEND,<br><br>      Plaintiff(s),<br><br>v.<br><br>LA QUINTA HOLDINGS, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00816-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| DAVID J. WHITE,<br><br>      Plaintiff(s),<br><br>v.<br><br>MICHEL T. REYNOLDS, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00817-JAD-NJK<br><br>**Order** |
| DAVID HIGGINBOTHAM,<br><br>      Plaintiff(s),<br><br>v.<br><br>FEDEX CORPORATION, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00818-JAD-NJK<br><br>**Order** |
| DAVID HIGGINBOTHAM,<br><br>      Plaintiff(s),<br><br>v.<br><br>CAROL Z. GARRISON, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00819-JAD-NJK<br><br>**Order** |
| DAVID HIGGINBOTHAM,<br><br>      Plaintiff(s),<br><br>v.<br><br>BIRMINGHAM CITY HALL, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00820-JAD-NJK<br><br>**Order** |
| KATHERINE MARY TROTTIER,<br><br>      Plaintiff(s),<br><br>v.<br><br>DAVID J.G. BLACKMORE, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00821-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| KATHERINE MARY TROTTIER,<br><br>       Plaintiff(s),<br><br>v.<br><br>GORDON KNAPP, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00822-JAD-NJK<br><br>**Order** |
| KATHERINE MARY TROTTIER,<br><br>       Plaintiff(s),<br><br>v.<br><br>STEVE EASTERBROOK, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00823-JAD-NJK<br><br>**Order** |
| KELLY-ANN LARSON,<br><br>       Plaintiff(s),<br><br>v.<br><br>TRIPLE FIVE GROUP GHERMEZIAN BROTHERS,<br><br>       Defendant(s). | Case No. 2:21-cv-00824-JAD-NJK<br><br>**Order** |
| KENNETH M. MERONEY,<br><br>       Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER J. NASSETTA, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00825-JAD-NJK<br><br>**Order** |
| KENNETH MERONY,<br><br>       Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER J. NASSETTA, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00826-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| KRISTEN RICHMOND,<br><br>       Plaintiff(s),<br><br>v.<br><br>VALLEY VIEW ELEMENTARY SCHOOL,<br><br>       Defendant(s). | Case No. 2:21-cv-00827-JAD-NJK<br><br>**Order** |
| LAURA BARTEL,<br><br>       Plaintiff(s),<br><br>v.<br><br>CHOICE HOTELS INTERNATIONAL, INC., et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00828-JAD-NJK<br><br>**Order** |
| LAURA BARTEL,<br><br>       Plaintiff(s),<br><br>v.<br><br>BEST WESTERN CORPORATE OFFICE AND HEADQUARTERS, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00829-JAD-NJK<br><br>**Order** |
| LAURA BARTEL,<br><br>       Plaintiff(s),<br><br>v.<br><br>WYNDHAM WORLDWIDE CORPORATION, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00830-JAD-NJK<br><br>**Order** |
| LAURA BARTEL,<br><br>       Plaintiff(s),<br><br>v.<br><br>LA QUINTA HOLDINGS, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00832-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| LAURA BETA GRABER,<br><br>      Plaintiff(s),<br><br>v.<br><br>U.S. POSTAL SERVICES, POSTMASTER GENERAL, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00833-JAD-NJK<br><br>**Order** |
| LAURA XIRENA GONZALEZ,<br><br>      Plaintiff(s),<br><br>v.<br><br>DANNY GUTIERREZ, SR., et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00834-JAD-NJK<br><br>**Order** |
| LAURALEE TYLER,<br><br>      Plaintiff(s),<br><br>v.<br><br>BEAR MOUNTAIN STATE PARK, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00836-JAD-NJK<br><br>**Order** |
| LINDA SUE WITTUM,<br><br>      Plaintiff(s),<br><br>v.<br><br>TRAVIS JANTZEN, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00838-JAD-NJK<br><br>**Order** |
| KATHERINE MARY TROTTIER,<br><br>      Plaintiff(s),<br><br>v.<br><br>JOHN GAINOR, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00839-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| LINK J. CHANEY,<br><br>      Plaintiff(s),<br><br>v.<br><br>JIMMY HENSON,<br><br>      Defendant(s). | Case No. 2:21-cv-00840-JAD-NJK<br><br>**Order** |
| LUCRECIA PEREZ,<br><br>      Plaintiff(s),<br><br>v.<br><br>STUART D. GOLDSTEIN, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00841-JAD-NJK<br><br>**Order** |
| MARK ALLAN UNTERSCHER,<br><br>      Plaintiff(s),<br><br>v.<br><br>STEPHEN P. HOLMES, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00842-JAD-NJK<br><br>**Order** |
| MARK ALLAN UNTERSEHER,<br><br>      Plaintiff(s),<br><br>v.<br><br>HOLIDAY INN CLUB VACATIONS, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00845-JAD-NJK<br><br>**Order** |
| MARLA DEWALT SUMMEY,<br><br>      Plaintiff(s),<br><br>v.<br><br>ST. PAUL'S EPISCOPAL SCHOOL BOARD CHAIRMAN AND SCHOOL RECTOR, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00846-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| MARLA DEWALT SUMMEY,<br><br>       Plaintiff(s),<br><br>v.<br><br>TAMMY WEBB, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00847-JAD-NJK<br><br>**Order** |
| MARY BETH ENGLUND,<br><br>       Plaintiff(s),<br><br>v.<br><br>KARYN HUEMOELLER, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00849-JAD-NJK<br><br>**Order** |
| PATRICK CHARLES PARKER,<br><br>       Plaintiff(s),<br><br>v.<br><br>JOHN ADAMS, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00850-JAD-NJK<br><br>**Order** |
| PAUL ALLEN TAYLOR,<br><br>       Plaintiff(s),<br><br>v.<br><br>GENE IMEL, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00851-JAD-NJK<br><br>**Order** |
| MARYANNE CHRISTINA PIENTA,<br><br>       Plaintiff(s),<br><br>v.<br><br>ANTHONY CLARK, et al.,<br><br>       Defendant(s). | Case No. 2:21-cv-00852-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| PAUL JAMES CAPASSO,<br><br>          Plaintiff(s),<br><br>v.<br><br>CHRIS ROUSSOS, et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00853-JAD-NJK<br><br>**Order** |
| PAULINE VICTORIA AUGHE,<br><br>          Plaintiff(s),<br><br>v.<br><br>ALBERT JEYTE, et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00854-JAD-NJK<br><br>**Order** |
| RICK SCHUSSLER,<br><br>          Plaintiff(s),<br><br>v.<br><br>STONEPINE HOA PRESIDENT, et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00855-JAD-NJK<br><br>**Order** |
| ROBERT J. GARLOW,<br><br>          Plaintiff(s),<br><br>v.<br><br>RICHARD M. BRACKEN, et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00856-JAD-NJK<br><br>**Order** |
| CONNIE CARR,<br><br>          Plaintiff(s),<br><br>v.<br><br>BERKLEY SOUTH CONDOMINIUM<br>ASSOCIATION, INC., et al.,<br><br>          Defendant(s). | Case No. 2:21-cv-00857-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| ROBERT WESLEY HENDERSON,<br><br>        Plaintiff(s),<br><br>v.<br><br>CRAIG M. NASH, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00858-JAD-NJK<br><br>**Order** |
| ROBIN FLYNN,<br><br>        Plaintiff(s),<br><br>v.<br><br>JOHN Z. KUKRAL, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00859-JAD-NJK<br><br>**Order** |
| RONALD LEE PENDLETON,<br><br>        Plaintiff(s),<br><br>v.<br><br>BIGLARI HOLDINGS, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00860-JAD-NJK<br><br>**Order** |
| MARY LOU MATHIS,<br><br>        Plaintiff(s),<br><br>v.<br><br>PAUL ALLEN, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00861-JAD-NJK<br><br>**Order** |
| MELINDA DIANE SCOTT,<br><br>        Plaintiff(s),<br><br>v.<br><br>ANNA LINNEY,<br><br>        Defendant(s). | Case No. 2:21-cv-00862-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| ROSEMARY RAMIREZ,<br><br>      Plaintiff(s),<br><br>v.<br><br>LA CAZE DEVELOPMENT COMPANY, LLC, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00863-JAD-NJK<br><br>**Order** |
| CHARY LYNN HELTON,<br><br>      Plaintiff(s),<br><br>v.<br><br>MICHAEL JENSEN-SILVA, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00864-JAD-NJK<br><br>**Order** |
| MELISSA COFFEY,<br><br>      Plaintiff(s),<br><br>v.<br><br>AVA TOLUCA HILLS APARTMENTS,<br><br>      Defendant(s). | Case No. 2:21-cv-00865-JAD-NJK<br><br>**Order** |
| CECIL E. BROWN,<br><br>      Plaintiff(s),<br><br>v.<br><br>BAL HARBOUR CHATEAUX CONDOMINIUM ASSOCIATION, INC., et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00866-JAD-NJK<br><br>**Order** |
| CONNIE S. YUNA, et al.,<br><br>      Plaintiff(s),<br><br>v.<br><br>CAPITAL RESORTS OCEAN VIEW VACATION VILLAS, et al.,<br><br>      Defendant(s). | Case No. 2:21-cv-00867-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| MICHAEL C. LUCAS,<br><br>    Plaintiff(s),<br><br>v.<br><br>JEFFERSON COUNTY PUBLIC LIBRARY, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00868-JAD-NJK<br><br>**Order** |
| NANCY HENDLER,<br><br>    Plaintiff(s),<br><br>v.<br><br>ANDREW ALEXANDER, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00869-JAD-NJK<br><br>**Order** |
| NANCY HENDLER,<br><br>    Plaintiff(s),<br><br>v.<br><br>WAL-MART STORES, INC., et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00870-JAD-NJK<br><br>**Order** |
| MICHAEL W. PARKS,<br><br>    Plaintiff(s),<br><br>v.<br><br>PATRICK H. HAMILL, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00871-JAD-NJK<br><br>**Order** |
| NANCY HENDLER,<br><br>    Plaintiff(s),<br><br>v.<br><br>GATOR TOWN INN,<br><br>    Defendant(s). | Case No. 2:21-cv-00872-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| MISTIE CORDES RODES,<br><br>        Plaintiff(s),<br><br>v.<br><br>DORIS VOITIER, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00873-JAD-NJK<br><br>**Order** |
| PATRICIA BRANDON,<br><br>        Plaintiff(s),<br><br>v.<br><br>INTERCONTINENTAL HOTELS GROUP (IHG), et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00874-JAD-NJK<br><br>**Order** |
| PATRICIA BRANDON,<br><br>        Plaintiff(s),<br><br>v.<br><br>SASSY HENRY, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00875-JAD-NJK<br><br>**Order** |
| MITCHELL E. NIHART SR.,<br><br>        Plaintiff(s),<br><br>v.<br><br>INDIANA BUREAU OF MOTOR VEHICLES, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00876-JAD-NJK<br><br>**Order** |
| SUSAN BRANDWEIN,<br><br>        Plaintiff(s),<br><br>v.<br><br>MEGAN J. BRENNAN, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00877-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| STEVEN WAYNE SWEDBERG,<br><br>        Plaintiff(s),<br><br>v.<br><br>KEITH E. SMITH, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00878-JAD-NJK<br><br>**Order** |
| SHELLEY MICHELLE WRIGHT,<br><br>        Plaintiff(s),<br><br>v.<br><br>MARK B. ROSENBERG, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00879-JAD-NJK<br><br>**Order** |
| MITCHELL J. OELLRICH,<br><br>        Plaintiff(s),<br><br>v.<br><br>SIX FLAGS DISCOVERY KINGDOM,<br><br>        Defendant(s). | Case No. 2:21-cv-00880-JAD-NJK<br><br>**Order** |
| SHELDON L. KRESLER, et al.,<br><br>        Plaintiff(s),<br><br>v.<br><br>POMPANO ATLANTIS CONDOMINIUM ASSOCIATION, INC., et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00881-JAD-NJK<br><br>**Order** |
| SHARON L. TOWNSEND,<br><br>        Plaintiff(s),<br><br>v.<br><br>BRUCE A. CORDINGLEY, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00882-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| ROSEMARY SALES,<br><br>        Plaintiff(s),<br><br>v.<br><br>BLACKSTONE GROUP, L.P., et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00883-JAD-NJK<br><br>**Order** |
| MITCHELL J. OELLRICH,<br><br>        Plaintiff(s),<br><br>v.<br><br>SILVER SMOKE AND LIQUOR STORE,<br><br>        Defendant(s). | Case No. 2:21-cv-00884-JAD-NJK<br><br>**Order** |
| SCOTT D. CHAFFEE,<br><br>        Plaintiff(s),<br><br>v.<br><br>THE BLACKSTONE GROUP L.P., et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00886-JAD-NJK<br><br>**Order** |
| STEVEN WAYNE SWEDBERG,<br><br>        Plaintiff(s),<br><br>v.<br><br>IRWIN MOLASKY, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00887-JAD-NJK<br><br>**Order** |
| SIMONE C. DUVEN,<br><br>        Plaintiff(s),<br><br>v.<br><br>CRAIG M. NASH, et al.,<br><br>        Defendant(s). | Case No. 2:21-cv-00888-JAD-NJK<br><br>**Order** |

| | |
|---|---|
| JAMES MARTIN WOLF, | Case No. 2:21-cv-00895-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| RICHARD SOLOMONS, et al., | |
| Defendant(s). | |

This is one of 140 cases initiated by Hank Falstad, who identifies himself as an ADA architect.[1] For the reasons discussed below, the case has not been filed properly.

First, Mr. Falstad is not permitted to represent Plaintiff(s) in federal court. "In all courts of the United States the parties may plead and conduct their own cases *personally or by counsel* as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein." *See* 28 U.S.C. § 1654 (emphasis added). Hence, it is well established that non-attorneys are not permitted to represent parties in federal court. *See Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664-65 (9th Cir. 2008) (collecting cases regarding prohibition of non-lawyers representing others); N.R.S. 7.285 (addressing the unauthorized practice of law in Nevada). Mr. Falstad's filing on behalf of others is improper.

Second, consistent with these requirements, the Federal Rules of Civil Procedure mandate that a complaint initiating a case must be signed by the plaintiff herself or by her attorney. Fed. R. Civ. P. 11(a). The rules do not permit the signing of pleadings by non-attorney representatives. Moreover, when a complaint is not properly signed, it may be stricken by the Court. *See id.* Plaintiff(s) did not sign the complaint in this case and it is instead signed by Mr. Falstad, who is not an attorney empowered to sign the complaint on the behalf of Plaintiff(s). Hence, a properly signed complaint has not been filed at this juncture.

Third, initiating a federal lawsuit generally requires the payment of a filing fee in the amount of $402. *See* 28 U.S.C. § 1914(a); *see also* https://www.nvd.uscourts.gov/court-

---

[1] These cases were filed on May 3, 2021. Given the administrative burden of opening 140 cases, as well as scanning and docketing 140 complaints, not all of the cases were fully docketed with a complaint until May 7, 2021.

information/fee-schedule/ (providing current fee schedule).[2] To the extent a plaintiff cannot afford to pay the filing fee, she must file an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). When a plaintiff does not pay the filing fee or file an application to proceed *in forma pauperis*, the case may be dismissed. *See*, *e.g.*, *Desai v. Biden*, 2021 WL 38169, at *1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan. 27, 2021). Plaintiff(s) did not pay the filing fee or file an application to proceed *in forma pauperis* in this case.

Accordingly, Plaintiff(s) must file an amended complaint that is properly signed by Plaintiff(s) or by a licensed attorney representing Plaintiff(s). An amended complaint must be filed by June 7, 2021. Plaintiff(s) must also either pay the filing fee or file an application to proceed *in forma pauperis* by June 7, 2021. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OF THIS CASE.**[3]

The Clerk's Office is **INSTRUCTED** to mail Plaintiff(s) a copy of the application to proceed *in forma pauperis* for non-incarcerated litigants.

IT IS SO ORDERED.

Dated: May 7, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

_____

[2] This $402 filing fee must be paid separately for each case. *Cf. LHF Prods., Inc. v. Kabala*, 2017 WL 4801656, at *5 (D. Nev. Oct. 23, 2017) (discussing need to guard against filing-fee evasion by improperly joining matters into a single suit). The cumulative filing fees for the 140 cases that Mr. Falstad has initiated would total $56,280.

[3] Complying with the basic requirements set out in this order does not necessarily mean that the case will proceed past the pleading stage. *Cf.* 28 U.S.C. § 1915(e) (addressing screening process). Although the Court will not make any determinations herein as to the sufficiency of the pleadings, a cursory review appears to show significant threshold issues ranging from improper venue to untimeliness. Plaintiff(s) may want to consider whether the time, energy, and resources being spent in this courthouse might be more productively focused elsewhere. To the extent such considerations so warrant, a notice of voluntary dismissal of the case may be filed by Plaintiff(s) or by a licensed attorney representing Plaintiff(s). *See* Fed. R. Civ. P. 41(a).